**DEMAND: A JURY TRIAL**

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**MARK BROWN**
Name under which you were convicted

**# 264109**
Your prison number

vs.

CIVIL ACTION NO. **1:17-CV-215-KD-M**
(To be supplied by Clerk of Court)

**Lt. ASHLEY KIDD, et. al.**
Name of Defendant(s)

**ALL DEFENDANTS ARE BEING SUED IN BOTH THEIR INDIVIDUAL AND OFFICIAL CAPACITY.**

FILED MAY 12 '17 PM 2:12 USDCALS

**Holman Prison / 3700 · Holman Unit / Atmore, Ala. 36503**
Place of Confinement and Address

---

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do <u>not</u> use <u>the</u> back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS**.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: __N/A__

Defendants: _____

2. Court (if federal court, name the district; if state court, name the county): __N/A__

3. Docket Number: __N/A__

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( ) ~~No ( )~~ N/A

5. Name of judge to whom the case was assigned: __N/A__

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.
__N/A__

7. Approximate date of filing lawsuit: __N/A__

8. Approximate date of ruling by court: __N/A__

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Holman Prison

B. Date it occurred: December 10, 2016

C. Is there a prisoner grievance procedure in this institution? No.

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( )   N/A

E. If your answer is YES:

1. What steps did you take? N/A

2. What was the result? N/A

F. If your answer is NO, explain why not: There is no prisoner grievance procedure at Holman.

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On or about December 10, 2016 I was awakened from my sleep at approximately 1:00 a.m. by an inmate who had a knife pressed against my throat. He told me if I didn't allow him to have sexual intercourse with me he was going to cut my head off. I begged him not to kill me because he knew he was HIV positive. So he said just suck it then. And he forced me to give him oral sex. I had been having problems with this inmate, Johnnie Belser, on and off for a few weeks prior to Dec. 10 and I reported my problem to Lt. Kidd. She called him to

(Cont. on attached sheet)

4

III. PARTIES.

A. Plaintiff (Your name/AIS): MARK BROWN #264109

   Your present address: 3700· Holman Unit/Atmore, Ala. 36503

B. Defendant(s):

1. Defendant (full name) Kidd is employed as Lt at Holman Prison

   His/her present address is 3700· Holman Unit/Atmore, Ala. 36503

   (a) Claim against this defendant: She subjected me to cruel and unusual punishment and failed to protect me from harm and danger at the hands of other prisoners.

   (b) Supporting facts (Include date/location of incident): About November, 2016 I notified Lt. Kidd inmate Belser attacking me for sex. She talked to him and let him go. He beat me up again that day. She saw my face the next day and told me that's what you get.

2. Defendant (full name) L. Pace is employed as Seargent at Holman Prison.

   His/her present address is 3700· Holman Unit/Atmore, Ala. 36503

   (a) Claim against this defendant: About November 2016 I then notified him. And he subjected me to cruel and unusual punishment and failed to protect me from harm and danger from other prisoners.

   (b) Supporting facts (Include date/location of incident): About November 2016 I then notified Sgt. Pace about Belser attacking me for sex. He too talked to Belser and he again beat me up that same day. The next day I showed Sgt. Pace my face. He told me that's what I get.

3. Defendant (full name) N/A is employed as N/A at N/A.

   His/her present address is N/A

5

(a) Claim against this defendant: ___N/A___

(b) Supporting facts (Include date/location of incident):
___N/A___

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

   1. State the conviction(s) for which you are presently incarcerated: _Capital Murder and Possession of a blunt object._

   2. When were you convicted? _Feb 19, 2009_

   3. What is the term of your sentence? _Life w/o Parole_

   4. When did you start serving this sentence? _Feb 19, 2009_

   5. Do you have any other convictions which form the basis of a future sentence?
      Yes ( )     No (✓)

If so, complete the following:

(a) Date of conviction: ___N/A___

(b) Term of sentence: ___N/A___

   6. What is your expected end of sentence (E.O.S.) date? ___None___

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|            | Conviction    |     | Sentence       |
|------------|---------------|-----|----------------|
| Reversed   | yes( ) no( )  |     | yes( ) no( )   |
| Expunged   | yes( ) no( )  | N/A | yes( ) no( )   |
| Invalidated| yes( ) no( )  |     | yes( ) no( )   |

6

Writ of habeas  yes( ) no( )   N/A yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____ N/A _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I am seeking the sum of $150,000.00 in punitive damages and $25,000.00 in compensatory damages.

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

4/26/17
Date

X Mark Brown
(Signature of Plaintiff Under Penalty of Perjury)

3700 Holman Unit
Current Mailing Address

Atmore, Ala. 36503

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

- ATTACHED SHEETS -

II G. (Cont.)... her office after telling me that it wasn't her problem. After Lt. Kidd and inmate Belser talked, he came back to the dorm and began arguing at me. And then he began hitting me in my face with his fists. He gave me a black-eye and busted my mouth. When Lt. Kidd saw me the next day she told me "that's what you get." So I reported that incident to Sgt. Pace. And when Sgt. Pace talked to him and told him that I accused him of beating me up and forced me to have sex with him, he jumped on me again. When I saw Sgt. Pace again he started laughing at me just like Lt. Kidd did, and he said "that's what you get." So that's when I decided to drop a note about my situation in the PREA box. I then got some help and they locked this HIV positive inmate up. And on December 28, 2016 Special Agent David Jones wrote me a letter confirming to me that his I+I investigation had validated my complaint. And he further informed me that inmate Belser was going to the Grand Jury to see if Escambia County Circuit Court would indict him. But I was shocked to find out that Lt. Kidd and Sgt. Pace would not do their jobs and protect me from further harm and danger from this HIV positive inmate, where they visually saw my facial injuries and heard my serious story.

Page 4 (Cont.)

Mark Brown (#264109) (D-18)
3700· Holman Unit
Atmore, Ala. 36503

"This correspondence is forwarded from an Alabama
Prison. The contents have not been evaluated, and
ADOC is not responsible for the substance or content
of the enclosed communication."

Office of the Clerk
The United States District Court
For the Southern Distr. of Alabama
113· St. Joseph Street
Mobile, Alabama 36602